**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| KATHY MOREHART, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00074-SHL-SBJ |
| MELISSA ALVAREZ, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00083-SHL-SBJ |
| COLLENA ALLEN, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00097-SHL-SBJ |
| TONI MENDOSA, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00123-SHL-SBJ |
| DAVID APPLEMAN, et al., *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00149-SHL-SBJ |

**JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND STAY DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

1

Plaintiffs Kathy Morehart, Melissa Alvarez, Collena Allen, Toni Mendosa, David Appleman, Theodore Bartolo, Alli Brunell, Joby Childress, Marshall Detherage, Jennifer Glodek, and Mason Maldonado ("Plaintiffs") and Defendant OpenLoop Health, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to LR 7(j), jointly move to (i) consolidate *Morehart v. Openloop Health, Inc.*, No. 4:26-cv-00074-SHL-SBJ; *Alvarez v. Openloop Health, Inc.*, No. 4:26-cv-00083-SHL-SBJ; *Allen v. Openloop Health, Inc.*, No. 4:26-cv-00097-SHL-SBJ; *Mendosa v. Openloop Health, Inc.*, No. 4:26-CV-00123-SHL-SBJ; and *Appleman et al. v. Openloop Health, Inc.*, No. 4:26-cv-00149-SHL-SBJ (collectively, the "Related Actions"); (ii) stay Defendant's deadline to answer or otherwise move against Plaintiffs' complaints in the Related Actions; and (iii) set a schedule for Plaintiffs to file a Consolidated Amended Complaint and Defendants' responsive pleading thereto. In support, the Parties state as follows:

1.      Plaintiff Morehart filed her complaint (the "Morehart Complaint") on February 16, 2026. Defendant was provided with a waiver of service of the summons on February 23, 2026, and pursuant to Federal Rule of Civil Procedure 4(d)(3), Defendant's current deadline to answer or otherwise respond to the Morehart Complaint is April 24, 2026.

2.      Plaintiff Alvarez filed her complaint (the "Alvarez Complaint") on February 19, 2026. Defendant was provided with a waiver of service of the summons on February 23, 2026, and pursuant to Federal Rule of Civil Procedure 4(d)(3), Defendant's current deadline to answer or otherwise respond to the Alvarez Complaint is April 24, 2026.

3.      Plaintiff Allen filed her complaint on February 27, 2026. Defendant has not yet been served in *Allen*.

4.      Plaintiff Mendosa filed her complaint (the "Mendosa Complaint") on March 20, 2026. Defendant was served with the Mendosa Complaint on April 1, 2026, and pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's current deadline to

answer or otherwise respond to the Mendosa Complaint is April 22, 2026.

5.      Plaintiffs Appleman, Bartolo, Brunell, Childress, Detherage, Glodek, and Maldonado filed their complaint on April 1, 2026. Defendant has not yet been served in *Appleman*.

6.      An Unresisted Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel is currently pending in *Morehart* (No. 4:26-cv-00074-SHL-SBJ, ECF No. 5), which seeks to consolidate the *Morehart*, *Allen*, and *Alvarez* actions.

7.      The Parties agree that consolidation of all Related Actions is appropriate and will promote judicial efficiency, and jointly request that the Court consolidate the Related Actions under the lead *Morehart* action.

8.      Counsel for the Parties have met and conferred in good faith and agree that good cause exists to stay existing deadlines in the Related Actions, including Defendant's deadline to respond to the Complaints in the Related Actions, in light of the anticipated consolidation of the Related Actions and filing of a Consolidated Amended Complaint.

9.      Accordingly, the Parties request that the Court stay Defendant's deadline to answer or otherwise respond to the Complaints in the Related Actions.  This is the first request by the Parties for an extension of time for Defendant to answer or otherwise respond to the Complaint.

10.     The Parties further agree and respectfully request that the Court set Plaintiffs' deadline to file a Consolidated Amended Complaint encompassing the Related Actions to be on or before May 1, 2026, or within fourteen (14) days after the Court enters an order consolidating the Related Actions, whichever is later.

11.     In addition, the Parties agree and respectfully request that the Court order Defendant's deadline to answer or otherwise respond to the Consolidated Amended Complaint to be within sixty (60) days of its filing.

12.     The requested relief is in the interest of promoting judicial economy and efficiency and will not prejudice any party.

13.     No scheduling order has been entered, and no other deadlines will be affected by this request.

**WHEREFORE,** the Parties respectfully request that the Court enter an Order (i) consolidating the Related Actions; (ii) staying Defendant's deadline to answer or otherwise move against Plaintiffs' Complaints in the Related Actions; and (iii) setting a schedule for Plaintiffs to file a Consolidated Amended Complaint and Defendants' responsive pleading thereto.

Respectfully submitted,

Dated: April 20, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ *Shannon L. Sole*
Shannon L. Sole, AT0011360
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone:     (515) 447-4715
Facsimile:     (515) 248-9010
Email:          shannon.sole@faegredrinker.com

**MORRISON & FOERSTER, LLP**

Adam J. Hunt (*pro hac vice* forthcoming)
Anthony J. Mahmud (*pro hac vice* forthcoming)
250 West 55th Street
New York, NY 10019-9710
Telephone:     (212) 336-4341
Facsimile:     (212) 468-7900
Emails:          adamhunt@mofo.com
                 amahmud@mofo.com

*Counsel for Defendant OpenLoop Health, Inc.*

Dated: April 20, 2026

**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**

/s/ *J. Barton Goplerud*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
5015 Grand Ridge Drive, Suite 100 West
Des Moines, Iowa 50265-5749
Telephone:     (515) 223-4567
Facsimile:     (515) 223-8887
Email:         goplerud@sagwlaw.com
               marty@sagwlaw.com

**CHESTNUT CAMBRONNE PA**

Phillip J. Krzeski*
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone:     (612) 339-7300
Facsimile:     (612) 336-2940
Email:         pkrzeski@chestnutcambronne.com

**SIRI & GLIMSTAD LLP**

Tyler J. Bean*
New York, New York 10151
Telephone:     (212) 532-1091
Email:         mbarney@sirillp.com
               tbean@sirillp.com

**ALMEIDA LAW GROUP LLC**

Britany A. Wessan*
849 W. Webster Ave.
Chicago, Illinois 60614
Telephone:     (708) 437-6476
Email:         britany@almeidalawgroup.com

**MILBERG, PLLC**

John J. Nelson*
280 S. Beverly Drive – Penthouse Suite
Beverly Hills, CA 90212
Telephone:     (858) 209-6941
Email:         jnelson@milberg.com

**CARNEY & APPLEBY LAW FIRM**

Nicholas J. Maruo
400 Homestead Building
303 Locust Street
Des Moines, IA 50309
Telephone:      (515) 282-6803
Facsimile:      (515) 282-4700
Email:          mauro@carneyappleby.com

**COTCHETT, PITRE & MCCARTHY, LLP**

Thomas E. Loeser*
Ellen J. Wen*
1809 7th Av, Ste. 1610
Seattle, WA 98101
Telephone:      (206) 802-1272
Facsimile:      (206) 299-41854
Emails:         tloeser@cpmlegal.com
                ewen@cpmlegal.com

**FEDERMAN & SHERWOOD**

William B. Federman*
Jessica A. Wilkes*
10205 N. Pennsylvania Ave
Oklahoma City, Oklahoma 73120
Telephone:      (405) 235-1560
Facsimile:      (206) 299-41854
Emails:         wbf@federmanlaw.com
                jaw@federmanlaw.com

**KOPELOWITZ OSTROW P.A.**

Jeff Ostrow (*pro hac vice* forthcoming)
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone:      (954) 332-4200
Email:          ostrow@kolawyers.com

*Counsel for Plaintiffs and the Putative Class*

*\*Pro Hac Vice Forthcoming*

6

## **CERTIFICATE OF SERVICE**

I certify that on April 20, 2026, the foregoing document was filed electronically using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Sandy Ellingson*